SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorney for Plaintiff Brenda Pickern

ADAM B. SUGARMAN, SBN 238470
**GORDON & REES LLP**
275 Battery Street, Suite 2000
San Francisco CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: asugarman@gordonrees.com

Attorney for Defendant
Grocery Outlet, Inc. dba Grocery Outlet

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern, | Case No. 2:14-cv-01986-MCE-CMK |
| Plaintiff, | |
| vs. | **Joint Stipulation for Dismissal and Order Thereon** |
| Grocery Outlet, Inc. dba Grocery Outlet; Second Red Bluff, LLC, | |
| Defendants. | |

*Pickern v. Grocery Outlet, Inc., et al.,*   Case No. 2:14-cv-01986-MCE-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Brenda Pickern, and defendant, Grocery Outlet, Inc. dba Grocery Outlet, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  November 10, 2014          DISABLED ADVOCACY GROUP, APLC


                                            /s/   Scottlynn J Hubbard          /
                                           SCOTTLYNN J HUBBARD IV
                                           Attorney for Plaintiff

Dated:  November 10, 2014          GORDON & REES LLP


                                            /s/   Adam B. Sugarman          /
                                           ADAM B. SUGARMAN
                                           Attorney for Defendant Grocery Outlet, Inc.

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:14-cv-01986-MCE-CMK, is dismissed with prejudice in its entirety.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 18, 2014

                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT

*Pickern v. Grocery Outlet, Inc., et al.,*                                                        Case No. 2:14-cv-01986-MCE-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2